**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SHARON F.; | ) | |
| | ) | |
| *Plaintiff(s),* | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-02756 |
| | ) | |
| CYNTHIA MARTIN, | ) | Honorable Gary Feinerman |
| LAKE FOREST COMMUNITY HIGH SCHOOL | ) | |
| DISTRICT 115 and LAKE FOREST HIGH | ) | |
| SCHOOL, | ) | |
| | ) | |
| *Defendant(s).* | ) | |
| | ) | |

## THIRD JOINT STATUS REPORT

A. **NATURE OF THE CASE**

1. **Attorneys of record for each party**.

For Plaintiff: Ian R. Alexander and Joseph M. Preiser

For Defendants, Lake Forest High School and Lake Forest Community High School District 115: Jennifer A. Smith, Michael J. Hernandez, and Caroline K. Kane.

For Defendant, Cynthia Martin: James J. Sipchen and John H. Scheid, Jr.

2. **Basis for federal jurisdiction**:

Title IX; 20 U.S.C. §1681, et seq. and 42 U.S.C. §1983.

3. **Nature of the claim(s) and damages**

Plaintiff alleges that she was sexually abused by Defendant, Cynthia Martin, while a student at Lake Forest High School in the years 1986-1988. Cynthia Martin was employed by LFHS/District 115 and was plaintiff's teacher and softball coach. Plaintiff alleges that during 1986-1988, Defendant Martin groomed, supplied alcohol to, and sexually abused plaintiff. Plaintiff alleges that the administration at LFHS and Lake Forest Community High School were made aware of these allegations at the time. Plaintiff seeks in excess of $50,000.00 in damages.

**4. Whether the defendant will answer the complaint or, alternatively, whether the defendant will otherwise plead to the complaint.**

Defendant Lake Forest Community High School District 115 has filed a Motion to Dismiss the Complaint.

Defendant Cynthia Martin filed a motion for extension of time to answer or otherwise plead. Defendant Martin was granted until 11/18/21 to answer/plead.

**5. Principal legal and factual issues.**

Liability, causation & damages.

**6. Which defendants have been served with process, which defendants have not been served, and the status of efforts to effect service on the unserved defendants.**

Defendants, Lake Forest High School and Lake Forest Community High School District 115, have waived service and subsequently filed their appearances on June 21, 2021.

Defendant, Cynthia Martin, was served on July 16, 2021. Affidavit of service was filed.

**B.   PROCEEDINGS TO DATE**

**1. Summary of all substantive rulings (including discovery rulings) to date.**

None.

**2. Description of all pending motions, including date of filing and briefing schedule.**

- Defendant Lake Forest Community High School District 115's Motion to Dismiss the Complaint was filed on 8/9/21;

- The Motion to Dismiss was fully briefed, entered & taken under advisement by the Court on 10/1/21;

**C.   DISCOVERY & CASE PLAN**

**1. Summary of discovery, formal and informal, that has already occurred.**

No Discovery has occurred.

**2. Whether discovery will encompass electronically stored information, and the parties' plan to ensure that such discovery proceeds appropriately.**

The plaintiff does not know if defendants electronically archive information. Plaintiff does not have electronically stored information concerning the events in question. Defendant Martin does not have electronically stored information concerning the time in question.

**3. Proposed scheduling order.**

    **a. Deadline for Rule 26(a)(1) disclosures, or why Rule 26(a)(1) disclosures are not appropriate.**
    **b. Deadline for issuing written discovery requests.**
    **c. Deadline for completing fact discovery.**
    **d. Whether discovery should proceed in phases.**
    **e. Whether expert discovery is contemplated and, if so, deadlines for Rule 26(a)(2) disclosures and expert depositions.**
    **f. Deadline for amending the pleadings and bringing in other parties.**
    **g. Deadline for filing dispositive motions.**

Plaintiff believes defendant will engage in motion practice and thereafter the parties will be in a better position to answer this question.

**4. Whether there has been a jury demand.**

Yes.

**5. Estimated length of trial.**

Unknown & depends on discovery.

**D.    SETTLEMENT**

**1. Describe settlement discussions to date and whether those discussions remain ongoing.**

None.

**2. Whether the parties request a settlement conference.**

Not at present.

**E.    MAGISTRATE JUDGE**

**1. Whether the parties consent to proceed before a magistrate judge for all purposes.**

No.

**2. Any particular matters that already have been referred to the magistrate judge, and the status of those proceedings.**

None.

**RESPECTFULLY SUBMITTED BY**:

*/s/ Ian R. Alexander*
**Counsel for Plaintiffs**
Goldberg & Goldberg
33 N. Dearborn Street, Ste. 1930
Chicago, IL 60602

*/s/ Caroline K. Kane*
**Counsel for LFHS & Lake Forest Community High School District 115**
Franczek, P.C.
300 S. Wacker Drive, Ste. 3400
Chicago, IL 60606

*/s/ John H. Scheid*
**Counsel for Defendant, Cynthia Miller**
Pretzel & Stouffer, Chtd.
One S. Wacker Drive, Ste. 2500
Chicago, IL 60606