UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Sharon F.

        Plaintiff,

v.                  Case No.: 1:21−cv−02756
                   Honorable Gary Feinerman

Cynthia Martin, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 19, 2021:

   MINUTE entry before the Honorable Gary Feinerman:Motion to dismiss [40] is entered and continued. Because this motion to dismiss overlaps substantially with Lake Forest Defendants' fully briefed motion to dismiss [21], a truncated briefing schedule is in order. Plaintiff shall respond to Defendant Martin's motion to dismiss by 12/3/2021; Defendant Martin shall reply by 12/13/2021. The status hearing set for 11/30/2021 [39] is stricken and re−set for 12/17/2021 at 10:30 a.m. Attorneys/Parties should appear for the 12/17/2021 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.