## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Sharon F.
        Plaintiff,

v.               Case No.: 1:21−cv−02756
                Honorable Gary Feinerman

Cynthia Martin, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 24, 2022:

  MINUTE entry before the Honorable Gary Feinerman: For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motions to dismiss [21][40] are granted in part and denied in part. Plaintiff's state law childhood sexual abuse and battery claims, and her state created danger due process claim, are dismissed as to Defendants Lake Forest Community High District 115 and Lake Forest High School. Plaintiff's state law claims for negligent failure to follow policies and procedures, breach of fiduciary duty, failure to supervise, and negligent retention, and her Title IX discrimination claim, are dismissed as to Defendant Martin. Defendants shall answer the surviving portions of the complaint by 4/14/2022. By 4/5/2022, the parties shall file a status report in the form of the Initial Status Report described on Judge Feinerman's web page. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.