**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON F., )<br>)<br>    *Plaintiff,* )<br>)<br>    v. )<br>)<br>CYNTHIA MARTIN, )<br>LAKE FOREST COMMUNITY HIGH SCHOOL )<br>DISTRICT 115 and LAKE FOREST HIGH )<br>SCHOOL, )<br>)<br>    *Defendants.* ) | Case No. 1:21-cv-02756<br><br>Honorable John J. Tharp, Jr. |

## **NINTH JOINT STATUS REPORT**

In accordance with Judge Valdez's order dated 5/2/2023 (Dkt. #76), the Parties submit the following Joint Status Report.

    **1.    DISCOVERY THAT THE PARTIES HAVE COMPLETED**

All parties served their respective Rule 26(a)(1) disclosures on 5/25/22. Plaintiff issued written discovery to Defendants on 4/4/22. Defendants Lake Forest Community High School District 115 and Lake Forest High School served its written discovery to the Plaintiff on 6/15/22. Defendant Martin issued her written discovery to Plaintiff on 6/16/22. Defendants Lake Forest Community High School District 115 and Lake Forest High School have answered written discovery. Defendant Martin's answers to written discovery are outstanding. Plaintiff answered written discovery on November 4, 2022. On November 4, 2022, Plaintiff indicated that she objects to providing a medical release as proposed. The parties subsequently negotiated the terms and agreement was reached. Medical releases executed by the Plaintiff were provided to the parties. On May 2, 2023, this matter was referred to Magistrate Judge Maria Valdez for the purpose of holding proceedings related to discovery scheduling, supervision and any settlement conference. (See Dkt. #74)

    **2.    DISCOVERY THAT REMAINS TO BE TAKEN AND THE CURRENT
            DISCOVERY SCHEDULE**

At the status hearing on 1/26/2023, the Parties reported on the outstanding discovery, and the Court set a new status hearing date for 3/9/2023 to discuss the progress of fact discovery. (See Dkt. # 68). A great deal of document discovery remains, including discovery on Plaintiff's medical and mental health history going back many years. Authorizations for release of Plaintiff's medical records have been issued to various treaters, and the parties intend to move forward with oral deposition discovery once the outstanding answers to written discovery are complete and the pertinent medical records are obtained. The parties will seek an expert disclosure and deposition schedule if necessary. Given the outstanding medical records, the parties will request

a revised discovery schedule after the medial records are received and after the parties have had an opportunity to explore settlement further.

   3.   **SETTLEMENT**

The Plaintiff and Counsel for Martin wish to proceed with a settlement conference before the Magistrate Judge at this time.

Respectfully submitted by:

*/s/ Ian R. Alexander*
**Counsel for Plaintiff**
Goldberg & Goldberg
33 N. Dearborn Street, Ste. 1930
Chicago, IL 60602

*/s/ Hailey M. Golds*
**Counsel for LFHS & Lake Forest Community High School District 115**
Franczek, P.C.
300 S. Wacker Drive, Ste. 3400,
Chicago, IL 60606

*/s/ John H. Scheid*
**Counsel for Cynthia Martin**
Pretzel & Stouffer, Chtd.
200 S. Wacker Drive
Chicago, IL 60606

Date: June 2, 2023