**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON F., ) *Plaintiff,* ) ) v. ) ) CYNTHIA MARTIN, ) LAKE FOREST COMMUNITY HIGH SCHOOL ) DISTRICT 115 and LAKE FOREST HIGH ) SCHOOL, ) ) *Defendants.* ) | Case No. 1:21-cv-02756 Honorable John J. Tharp, Jr. |

## SIXTEENTH JOINT STATUS REPORT

Pursuant to Judge Valdez's order dated July 26, 2024 (Doc. 106), the parties submit the following Joint Status Report.

Counsel for Defendants deposed Plaintiff on May 21, 2024. On September 25, 2024, Plaintiff's counsel issued notices of depositions for Defendant, Cynthia Martin, and for several FRCP Rule 26(a)(1) witnesses disclosed by defendants. Plaintiff further re-issued subpoenas to Lesa Northam and Gwen Varney.

Defendant Cynthia Martin intends to file a Motion for Summary Judgment within 14 days.

Respectfully submitted by:                                          Date: September 27, 2024

| | |
|---|---|
| */s/ Ian R. Alexander* **Counsel for Plaintiff** Goldberg & Goldberg 33 N. Dearborn Street, Ste. 1930 Chicago, IL 60602 | */s/ Hailey M. Golds* **Counsel for LFHS & Lake Forest Community High School District 115** Franczek, P.C. 300 S. Wacker Drive, Ste. 3400, Chicago, IL 60606 |
| */s/ John H. Scheid* **Counsel for Cynthia Martin** Pretzel & Stouffer, Chtd. 200 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | |