# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHARON F., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:21-cv-02756 |
| v. ) | |
| ) | Honorable John J. Tharp, Jr. |
| CYNTHIA MARTIN, LAKE FOREST ) | |
| COMMUNITY HIGH SCHOOL ) | |
| DISTRICT 115 and LAKE FOREST HIGH ) | |
| SCHOOL, ) | |
| Defendants. ) | |

## DEFENDANT CYNTHIA MARTIN'S MOTION FOR SUMMARY JUDGMENT

Defendant Cynthia Martin, pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment on all matters alleged in Plaintiff, Sharon F.'s Complaint. In support thereof, Defendant Martin submits her Memorandum of Law and Local Rule 56.1 Statement of Facts with accompanying exhibits.

For the reasons set forth in Defendant's Memorandum of Law in Support of her Motion for Summary Judgment, Defendant Martin respectfully requests that this Court grant summary judgment in her favor and against Plaintiff on all matters alleged, terminating this civil action with prejudice, and awarding Martin any other relief this Honorable Court finds just and appropriate.

Date: October 11, 2024

Respectfully submitted,

CYNTHIA MARTIN

By: /s/ *John H. Scheid, Jr.*

John H. Scheid, Jr. (IL Bar No. 6226015)
James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive, Suite 2600
Chicago, Illinois 60606-4673
Phone: (312) 346-1973
jscheid@pretzel-stouffer.com
jsipchen@pretzel-stouffer.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on **October 11, 2024,** the foregoing Motion for Summary Judgment was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Ian R. Alexander  (IL Bar #6228738)
Joseph M. Preiser (IL Bar #6300587)
**Goldberg & Goldberg**
33 North Dearborn Street, Suite 1930
Chicago, IL 60602
(312) 368-0255
ira@bgoldberglaw.com
josephp@bgoldberglaw.com

**Attorneys for Defendants Board of Education of Lake Forest High School District 115 and Lake Forest High School**

Jennifer A. Smith (IL Bar #6282870)
Michael J. Hernandez
Caroline K. Kane
**Franczek, P.C**.
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300
jas@franczek.com
mjh@franczek.com
ckk@franczek.com

/s/ *John H. Scheid, Jr.*
John H. Scheid, Jr. (IL Bar No. 6226015)
James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Tel: (312) 346-1973
*jscheid@pretzel-stouffer.com*
*jsipchen@pretzel-stouffer.com*