**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON F., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-02756 |
| v. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| CYNTHIA MARTIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS TO DEFENDANT MARTIN'S LOCAL RULE 56.1
<u>STATEMENT OF FACTS</u>**

| Exhibit | Description |
|---|---|
| 1 | Plaintiff's Deposition Transcript (May 21, 2024) |
| 2 | Lake Forest High School New Employee Form (September 15, 1982) (DISTRICT_000005) |
| 3 | Lake Forest High School Resolution Authorizing Non-Renewal and Notice of Nonemployment (Matin 032) and Termination Form (Martin 031, 033-035) |
| 4 | Defendant Cynthia Martin's March 28, 2024, Answers to Plaintiff's First Set of Interrogatories |
| 5 | Photographs of Plaintiff and Cindy (Martin 135-138) |
| 6 | July 14, 1990, Letter from Plaintiff to Cindy (Martin 119-120) |
| 7 | March 20, 1991, Postcard from Plaintiff to Cindy (Martin 118) |
| 8 | Birthday Cards from Plaintiff to Cindy (October 31, 1991, November 6, 1994, and November 6, 1995) (Martin 141-146) |
| 9 | Plaintiff ▮▮▮▮▮▮▮▮▮▮▮▮ (August 21, 2015) (DISTRICT_000190) |