**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Sharon F.
                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−02756
                                                        Honorable John J. Tharp Jr.

Cynthia Martin, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, October 15, 2024:


MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion for summary judgment [110] is taken under advisement. The plaintiff's response is due 11/8/2024; the defendant's reply is due 11/22/2024. Plaintiff's motion for leave to file documents under seal [109] is granted. As such, plaintiff's unredacted versions of the motion for summary judgment [113], the memorandum of law in support of the motion for summary judgment [114], the Rule 56.1 statement of facts [115], and the exhibits thereto [116] are all permitted to remain under seal. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.