# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sharon F.

                    Plaintiff,

v.                                              Case No.: 1:21−cv−02756

                                                              Honorable John J. Tharp Jr.

Cynthia Martin, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

    MINUTE entry before the Honorable Maria Valdez: Defendant Cynthia Martin's Motion to Stay Discovery [118], being unopposed, is granted. Discovery is stayed until further order of the Court. An amended schedule for the completion of all remaining discovery will be set at a later date if necessary. Defendant Lake Forest Community High School District 115 and Lake Forest High School's Motion to Join Co−Defendant Martin's Motion for Summary Judgment and Motion to Stay Discovery [120] is granted only to the extent Defendants seek to join the motion to stay discovery. The motion is deferred for the District Judge's consideration as to its prayer to join Martin's motion for summary judgment. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.